# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY PINSON,<br><br>    Plaintiff,<br><br> v.<br><br>HARLEY G. LAPPIN, *et al.*,<br><br>    Defendants. | Civil Action No. 10-1844 (BAH) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Plaintiff's Motion for Summary Judgment [Dkt. #14], Motion for Protective Order [Dkt. #20], and Motion for Leave to Amend Complaint [Dkt. #27] are DENIED; it is

FURTHER ORDERED that Defendant's Motion to Dismiss or, in the Alternative, Cross-Motion for Summary Judgment [Dkt. #15] is GRANTED, and the Motion to Transfer [Dkt. #15] is DENIED; it is

FURTHER ORDERED that litigation costs of $36.48 are assessed against the defendant, and defendant shall make such payment to plaintiff within 90 days of the entry of this Order; and it is

FURTHER ORDERED that JUDGMENT shall be entered for defendant.

This is a final appealable Order.  *See* FED. R. APP. P. 4(a).

SO ORDERED.

                /s/ *Beryl A. Howell*
                BERYL A. HOWELL
                United States District Judge

DATE:  August 30, 2011